# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TORRELL SAXON,

                      Petitioner                  13 Civ. 0733 (ER)
                                                      Affirmation of Attorney

  - v -

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------x

        AMY M. ATTIAS, an attorney admitted to practice in this Court, affirms under penalties of perjury that the following is true.

1. I have previously filed an affirmation in another matter related to the instant petition, 13 Civ. 4966 (ER). This affirmation is written in response to Saxon's latest accusation of deficiencies in my performance as his criminal counsel.

2. Specifically, in this new version of the facts, Saxon alleges that he instructed me to file a Notice of Appeal after his sentencing, and that I neglected to do so. That is a lie.

3. He further alleges that he instructed me to ask for new counsel to be assigned to pursue his appeal. That is also a lie.

4. Saxon understood that he waived his right to appeal anything other than constitutional issues. We discussed this provision before his guilty plea. I know that he understood it because he complained about it and called it unfair, along with other provisions of his plea agreement.

5. After his sentencing, we had several telephone conversations concerning his next course of action, and whether he wanted to appeal. We specifically discussed, on two or three occasions, whether he wanted to allege that I had been ineffective in my work on his case. I told him I had no issue with this.

6. I recall that I used the expression, "Business is business, Torrell."

7. I further recall that Saxon's response was, "It's not like that, Miss Amy."

8. On the last phone call, Saxon again asked what I thought. I told him it was up to him, but that if he were to have a chance of winning an appeal, he would have to allege that I was ineffective. He again told me not to file the appeal, and I wished him well as he did his time.

*AMY M. ATTIAS*

AMY M. ATTIAS

Dated: April 4, 2014
Croton-on-Hudson, New York