# Exhibit E

4/4/13  jail visit / review PSR

Δ wants plea back